**NOT FOR PUBLICATION**

**FILED**

UNITED STATES COURT OF APPEALS

JUL 19 2019

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MARGARET VERREES, M.D., | No. 18-16215 |
| Plaintiff-Appellant, | D.C. No. 1:16-cv-01392-LJO-SKO |
| v. | |
| JAMES DAVIS, M.D.; et al., | MEMORANDUM* |
| Defendants-Appellees. | |

Appeal from the United States District Court
for the Eastern District of California
Lawrence J. O'Neill, District Judge, Presiding

Submitted July 15, 2019**

Before:    SCHROEDER, SILVERMAN, and CLIFTON, Circuit Judges.

Margaret Verrees, M.D. appeals pro se from the district court's judgment

dismissing her action alleging federal and state law claims. We have jurisdiction

under 28 U.S.C. § 1291. We review for an abuse of discretion a dismissal for

failure to comply with Federal Rule of Civil Procedure 8. *McHenry v. Renne*, 84

---

\*    This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

\*\*    The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

F.3d 1172, 1177 (9th Cir. 1996). We affirm.

The district court did not abuse its discretion by dismissing Verrees's action because the second amended complaint failed to comply with Rule 8 despite multiple warnings and instructions to Verrees regarding the federal pleading requirements. *See* Fed. R. Civ. P. 8(a); *McHenry*, 84 F.3d at 1177 (affirming dismissal of complaint that was "argumentative, prolix, replete with redundancy, and largely irrelevant").

To the extent Verrees contends that the district court should have granted further leave to amend, the district court did not abuse its discretion by denying leave to amend because amendment would be futile. *See Chappel v. Lab. Corp. of Am.*, 232 F.3d 719, 725-26 (9th Cir. 2000) (setting forth standard of review and explaining that "[a] district court acts within its discretion to deny leave to amend when amendment would be futile").

**AFFIRMED.**